UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANGELA D. WILLIAMS and
LUCILLE WILLIAMS,

            Plaintiffs,

    v.

AMSHER COLLECTION SERVICES.,

            Defendant.

Civil Action No. 09-cv-0171(S)

---

### STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for all parties to the above entitled action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no person

not a party has an interest in the subject matter of the action, the above entitled action be, and the

same hereby is discontinued with prejudice.

DATED: _____

Kenneth R. Hiller, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: _____

Scott A. Schechter, Esq.
Kaufman Borgeest & Ryan, LLP
*Attorneys for Defendant*
200 Summit Lake Drive
Valhalla, New York 10595
Phone: (914) 741-6100